

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00046-CV

**IN THE ESTATE OF** Anita I. **FORISTER**, Deceased

From the County Court, Karnes County, Texas
Trial Court No. 2913-12
Honorable Jim Scanlan, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee James Floyd Bowman Jr. recover his costs of this appeal from appellants Frances Bupp, Martha Berglund, and Evelyn Martin.

SIGNED November 20, 2013.

_____
Marialyn Barnard, Justice